No. 319. PACIFIC FAR EAST LINE, INC., *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Odell Kominers* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, E. Robert Seaver, Robert E. Mitchell, Edward Aptaker* and *Edward Schmeltzer* for the United States and the Federal Maritime Board, and *Alvin J. Rockwell* and *William R. Deming* for the Matson Navigation Co., respondents.

No. 324. GENERAL MOTORS CORPORATION, FRIGIDAIRE DIVISION, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Newell W. Ellison, Henry M. Hogan, Daniel M. Gribbon* and *Calvert Thomas* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Myron C. Baum* for the United States.

No. 325. EVANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur D. Klang* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 328. WEIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Russell E. Parsons* and *Henry E. Kappler* for petitioner.

No. 120, Misc. ARAN, DOING BUSINESS AS AUTO NURSE MANUFACTURING CO., *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Oehmann, I. Henry Kutz* and *Carolyn R. Just* for the United States.